ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 JAN 15 PM 4:16
DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| MARLO GRIFFIN | 3-16CR-0018K |

### INFORMATION

The United States Attorney charges:

### Count One
### Theft of Government Funds
### (Violation of 18 U.S.C. § 641)

From in or about April 2009 through in or about February 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Marlo Griffin**, did knowingly and willfully with the intent to deprive the owner of the use and benefit of the money embezzle, steal, and convert to her use money belonging to the Social Security Administration, a department or agency of the United States; namely, Widow's Insurance benefits paid to her deceased mother, to which she knew she was not entitled, having a value of greater than $1,000.00.

In violation of 18 U.S.C. § 641.

Information – Page 1

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
NICOLE DANA
Special Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8805
Email: nicole.dana@usdoj.gov